CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
April 07, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

# ATTACHMENT A    7-25-mj-62

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Nathan E. Buck, Postal Inspector, United States Postal Inspection Service, having been duly sworn under oath, state as follows:

1. I am a Postal Inspector with the United Stats Postal Inspection Service ("USPIS") currently assigned to the Roanoke Domicile. I am a "Federal Law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant. I completed the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center in 2019. Prior to becoming a Postal Inspector, I was a Deputy U.S. Marshal for four years in the Southern District of Texas. I have received formal training in conducting criminal investigations into drug trafficking and money laundering organizations that utilize the United States Postal Service ("USPS").

2. I know based on training and experience that the U.S. Mail is often used by drug trafficking organizations to transport controlled substances and proceeds from the sale of controlled substances. I know based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a guarantee of delivery in one to three days.

## Probable Cause

3. This affidavit is submitted in support of an application for a search warrant of a United States Postal Service Priority Mail Express parcel bearing tracking number "ER 132 383 525 US" for controlled substances and/or the proceeds from drug trafficking. The parcel (hereafter referred to as Parcel #1) is described as follows:

    a. Addressee: Sally White, 503 W. Main St. Saltville, VA 24370.

    b. Return Address: Todd Samson, 3541 E Foothill Blvd. Pasadena, CA 91104

    c. Date: April 2, 2025

    d. Tracking Number:  ER 132 383 525 US

    e. Description:  USPS Priority Mail Express Envelope

    f. Weight:  5 ounces

4. On April 5, 2025, Parcel #1 was identified as a suspected drug parcel during inbound interdiction and subsequently retrieved from the mail stream. Parcel #1 is a USPS Flat Rate Envelope with USPS Priority Mail Express label and was mailed from Pasadena, California. California is a known source area for drug parcels mailed into the Western District of Virginia. A photograph of Parcel #1 is attached as Exhibit #1.

5. Your affiant made inquiries via CLEAR, an electronic database that has reliable in previous investigations in determining the legitimacy of name, address, and phone number information. "Sally White" could not be associated to the addressee address, 503 W. Main St. Saltville, VA 24370. However, as of February 16, 2025, a "B.A." is associated to 503 W. Main St. Saltville, VA 24370.

6. According to postal business records "3541 E. Foothill Blvd. Pasadena, CA 91107 is not a valid address. As of May 22, 2024, fifteen (15) previous parcels have been delivered to 503 W. Main St. Saltville, VA 24370 from California and "Sally White," has not been used as an addressee.

6. On April 7, 2025, your affiant requested a narcotic detection canine from the Virginia State Police. Trooper J.T. Nicley, and his narcotic detection canine, "Mario," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Ave NE, Roanoke, Virginia 24022. Parcel #1 was placed in a blind parcel line-up and subjected to an exterior search by Canine "Mario." Trooper J.T. Nicley advised at approximately 1013 hours, that Canine "Mario" alerted to Parcel #1. According to Trooper J.T. Nicley, this positive alert meant Canine "Mario" detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Trooper J.T. Nicley and Canine "Mario" is provided as Exhibit #2.

7. At this time, Parcel #1 is located at the USPIS-Roanoke Domicile in the Western District of Virginia. The parcel has been maintained unopened, in my custody, pending application for a search warrant.

8. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that the USPS Priority Mail parcel bearing tracking number "ER 132 383 525 US" addressed to "Sally White, 503 W. Main St. Saltville, VA 24370" bearing a return address of "Todd Samson, 3541 E Foothill Blvd. Pasadena, CA 91104" contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

_____
Nathan E. Buck
Postal Inspector, USPIS

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone, on the  7th   day of April 2025.

_____
The Honorable C. Kailani Memmer
United States Magistrate Judge
Western District of Virginia