**Exhibit # 1**    7-25-mj-62

