CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
April 07, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

## Return

| Case No.: 7-25-mj-62 | Date and time warrant executed: April 7, 2025 @ 1305 hours | Copy of warrant and inventory left with: On file with USPIS |
|---|---|---|

Inventory made in the presence of :
Postal Inspector Nathan Buck and Postal Inspector Michael Barrett

Inventory of the property taken and name(s) of any person(s) seized:

1. USPS Priority Mail Express Parcel bearing tracking number "ER 132 383 525 US" Flat Rate Envelope and packing materials.

2. Clear bag containing approximately 56 grams of crystal like substance field screened as positive for Methamphetamine from United States Postal Service Priority Mail Express Parcel bearing tracking number "ER 132 383 525 US."

**Received in Chambers**
**By Reliable Electronic Means**

4/7/2025 at 2:58 PM

**Hon. C. Kailani Memmer**
**United States Magistrate Judge**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 7, 2025

*Nathan E. Buck*
*Executing officer's signature*

Nathan E. Buck, Postal Inspector, USPIS
*Printed name and title*

Print   Save As...   Reset